UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Bankruptcy Case 05-10846-MFW |
| North American Boarding Schools, Inc | Chapter 7 |
| Debtor. | |

## CERTIFICATE OF NO OBJECTION

This is to confirm that as of April 23, 2014 no objections have been filed regarding the Application for Payment of Unclaimed Funds, Docket 35. This Application was filed by Dilks & Knopik, LLC on behalf of George Augustus Babcock, Jr. for the release of the unclaimed funds totaling $1,176.49.

It is requested that the Order to Pay Unclaimed Funds be granted.

Executed: April 23, 2014     By: _____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-fact for
George Augustus Babcock, Jr.
35308 SE Center St
Snoqualmie, WA 98065
(425) 836-5728
Tax ID: 74-3049851